# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLES CLEMONS** <br> aka **CHARLES CLEMMONS** <br> aka **CHARLES CLEMENTS** <br> **LA. DOC #83450** | **CIVIL ACTION NO. 3:15-cv-2672** <br> **SECTION P** |
| **VS.** | **JUDGE S. MAURICE HICKS** |
| **BURL CAIN, WARDEN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this  6th  day of   April   , 2016.

                                                                         **S. MAURICE HICKS** <br>
                                                                         **UNITED STATES DISTRICT JUDGE**